JOHN P. LEE v. MNEMOTECH DATA SERVICES, INC.

September 11, 1987.

Cross-petition for certification denied.

JAY BROWN v. NEW JERSEY STATE PAROLE BOARD.

September 11, 1987.

Petition for certification denied.

A. JERENE ROBBINS, M.D. v. EDWARD F. CLARK, JR.

September 11, 1987.

Petition for certification denied.

EARL J. CLEMONS v. NATIONAL RAILROAD
PASSENGER CORPORATION.

September 11, 1987.

Petition for certification denied.